United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GUILLERMO M.R.,

Petitioner/Plaintiff,

v.

SERGIO ALBARRAN, et al.,

Respondents/Defendants.

Case No.25-cv-05436-RFL

**JUDGMENT**

**IT IS HEREBY ORDERED AND ADJUDGED**: The petition for writ of habeas corpus is **DENIED**. Furthermore, pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendants and against Plaintiff on Plaintiffs' civil claims. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 29, 2026

RITA F. LIN
United States District Judge